■ AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, Appellant, v MATTHEW F. GAWRYSIAK et al., Respondents. — Order unanimously affirmed, with costs, on the memorandum decision of Stiller, J. (Appeal from order of Niagara Supreme Court, Stiller, J. — declaratory judgment.) Present — Dillon, P.J., Hancock, Jr., Doerr, Denman and Moule, JJ.

■ CAROL ROYER, as Administratrix of the Estate of EDWIN W. ROYER, Deceased, Appellant, et al., Plaintiff, v NEW YORK WIRE MILLS CORPORATION, Defendant, and NIAGARA MOHAWK POWER CORPORATION, Respondent. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Stiller, J. (Appeal from order of Erie Supreme Court, Stiller, J. — amend complaint — wrongful death action.) Present — Simons, J.P., Callahan, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWIGHT DAVIS, Appellant. — Judgment unanimously affirmed, without prejudice to raising the issue of inadequate assistance of counsel in a motion pursuant to CPL 440.10, if so advised. (Appeal from judgment of Monroe Supreme Court, Kennedy, J. — robbery, second degree.) Present — Hancock, Jr., J.P., Callahan, Doerr, Denman and Schnepp, JJ.

■ In the Matter of THOMAS LIPPES. — Application for reinstatement as an attorney and counselor at law denied. Present — Dillon, P.J., Simons, Hancock, Jr., Moule and Schnepp, JJ.

■ In the Matter of the Application of JACOB SKLOVER. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P.J., Simons, Hancock, Jr., Callahan and Moule, JJ.